Js6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GASTELUM,<br><br>           Petitioner,<br><br>     v.<br><br>MONTGOMERY, Warden,<br><br>           Respondent. | Case No. 5:20-cv-01143-FLA (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 15, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge